No. 8616. STATE ex rel. ALFRED C. BURY *vs.* MONTANA LIQUOR CONTROL BOARD, ET AL.

Decided: Sept. 22, 1945.

Upon Praecipe of Petitioner to dismiss the above entitled cause, it is hereby ordered that Petitioner's Praecipe be granted and said cause be dismissed.

Dated this 22nd day of September, 1945.

*John B. Tansil, Andrew G. Sutton,* Attorneys for Petitioner.

*Rockwood Brown, Horace S. Davis, Franklin S. Longan, Paul W. Smith,* Attorneys for Respondent.

No. 8627. STATE ex rel LEE HORTON *vs.* DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT, ET AL.

Decided: October 4, 1945.

It is hereby ordered that the writ prayed for herein be denied by order of the court this 4th day of October, 1945.

*John B. Tansil, Andrew G. Sutton,* Attorneys for Relator.